| | |
|---|---|
| 1 | Martin Nicolaus SBN 124461 |
| | Nicolaus Law Office |
| | 1342 California Street |
| 2 | Berkeley, CA 94703 |
| | Telephone (510) 526-6946 |
| 3 | Fax (510) 868-0588 |
| 4 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ARTHUR COURT DESIGNS INC. | NO. C-09-0584 EMC |
| Plaintiff, | |
| v. | **JOINT CASE MANAGEMENT STATEMENT** ; ORDER RESETTING CMC FROM 9/30/09 TO 10/21/09 |
| JOHN JENSEN, | |
| Defendant. | Date: Sept. 30 2009 |
| | Time: 1:30 pm |

    This case is in the process of settlement.  The parties have agreed on terms, a release has been agreed and is in the process of being signed, and it is anticipated that a check will pass hands and a dismissal with prejudice will be filed prior to the date of the Case Management Conference.  The attorneys do not anticipate making appearances at the CMC unless there are unanticipated problems.

    Counsel for Defendant JENSEN has authorized the undersigned to file this Statement on behalf of both parties.

Date: 09/23/09

IT IS SO ORDERED that the CMC is reset from 9/30/09 at 1:30 pm to 10/21/09 at 1:30 pm

_____
Edward M. Chen
U.S. Magistrate Judge

Respectfully submitted,

*/s/ Martin Nicolaus*
Martin Nicolaus
Attorney for Plaintiff

C08-01719 EMC JOINT CASE MANAGEMENT STATEMENT PAGE 1