Martin Nicolaus SBN 124461
Nicolaus Law Office
1342 California Street
Berkeley, CA 94703
Telephone (510) 526-6946
martin@nicolaus.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| ARTHUR COURT DESIGNS INC.<br><br>Plaintiff,<br><br>v.<br><br>JOHN JENSEN,<br><br>Defendant. | NO. C-09-0584 EMC<br><br>**STIPULATION OF DISMISSAL**<br><br>ORDER |

It is hereby stipulated by and between the parties to this action through their attorneys of record that the above-captioned action be and hereby is **dismissed with prejudice** pursuant to FRCP 41(a)(1), each side to bear its own costs including fees.

Date: 09/30/09

*/s/ Martin Nicolaus*
Martin Nicolaus
Attorney for Plaintiff ARTHUR COURT DESIGNS INC.

Date: 10/9/09

Scherer, Smith & Kenny LLP

IT IS SO ORDERED:

By: *Denis S. Kenny*
Attorneys for Defendant JOHN JENSEN

_____
EDWARD M. CHEN
U.S. Magistrate Judge

IT IS SO ORDERED
*/s/ Edward M. Chen*
Judge Edward M. Chen

C09-0584 EMC